CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

July 18, 2024

LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **THAD GILBERT COOPER,**<br>    **Plaintiff,**<br><br>v.<br><br>**KENNETY, et al.,**<br>    **Defendant(s).** | Civil Action No. 7:24-cv-00306<br><br>**<u>MEMORANDUM OPINION</u>**<br><br>By:  Thomas T. Cullen<br>United States District Judge |

Plaintiff, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered June 11, 2024, the court directed plaintiff to submit, within 30 days from the date of the order, an inmate account form and a prisoner trust account report (or institutional equivalent) for the six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 18th day of July, 2024.

_____
United States District Judge